IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cunningham Sr, Glenn T

Printed: 11/04/08

Case Number: 08 B 06003
Judge: Hollis, Pamela S
Filed: 3/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 22, 2008
Confirmed: June 9, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 320.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 299.20 |
| Trustee Fee: |  | 20.80 |
| Other Funds: |  | 0.00 |
| Totals: | 320.00 | 320.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,824.00 | 299.20 |
| 2. | Franklin Capital | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 19,156.43 | 0.00 |
| 5. | HSBC Auto Finance | Unsecured | 17,863.25 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 238.73 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 4,372.34 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 420.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 437.18 | 0.00 |
| 10. | Harris N A | Secured | | No Claim Filed |
| 11. | Harris N A | Unsecured | | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Consolidated Resorts | Unsecured | | No Claim Filed |
| 15. | David W Daudell | Unsecured | | No Claim Filed |
| 16. | HSBC | Unsecured | | No Claim Filed |
| 17. | HSBC | Unsecured | | No Claim Filed |
| 18. | HSBC | Unsecured | | No Claim Filed |
| 19. | Verizon Wireless Midwest | Unsecured | | No Claim Filed |
| 20. | Merrick Bank | Unsecured | | No Claim Filed |
| 21. | Nicor Gas | Unsecured | | No Claim Filed |
| 22. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| | | | $ 46,311.93 | $ 299.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Cunningham Sr, Glenn T

Printed: 11/04/08

Case Number:  08 B 06003
Judge:  Hollis, Pamela S
Filed:  3/13/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 20.80 |
| | $ 20.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

